THE PEOPLE, PLAINTIFF AND RESPONDENT, v. RAMIREZ, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Humacao.

MOTION by Attorney Showing that the Defendant Died on October 12, 1914.

No. 702.—Decided November 30, 1914.

APPEAL—DEATH OF ACCUSED.—A criminal action is extinguished by the death of the accused and, therefore, as no practical result could be attained by considering and deciding the appeal taken by him, it should be dismissed.

The facts are stated in the decision.

*Mr. Salvador Mestre, fiscal,* for The People.

*Mr. Francisco González* for the accused.

### DECISION.

WHEREAS, According to an affidavit filed by Attorney Francisco González the accused, Octavio Ramírez, who was convicted by the District Court of Humacao of carnal abuse of children and sentenced on May 1, 1914, to one year's imprisonment in the penitentiary at hard labor, died in the city of Humacao on October 12, 1914, before a day had been set for a hearing on the appeal taken by him from the said judgment;

WHEREAS, A criminal action is extinguished by the death of the accused and therefore no practical result would follow the consideration and decision of this appeal;

THEREFORE, In accordance with the jurisprudence laid down by this court in the cases of *The People* v. *Rivera,* 18 P. R. R., 1056; *Ex parte Sánchez et al.,* 20 P. R. R., 109; *The Property Owners' League* v. *San Juan,* 14 P. R. R., 85; *Centro de Detallistas de San Juan* v. *A. Vicente et al.,* 17 P. R. R., 846; *San Juan Hippodrome Co.* v. *Insular Racing Commission,* 21 P. R. R., 1; and *Post et al.* v. *Veve et al.,* 21 P. R. R., 30, this appeal is dismissed without costs, and it is ordered that the District Court of Humacao be notified thereof for such purposes as may follow.

*Appeal dismissed de officio.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.